IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| | ) 1:19 CR 730 |
| v. | ) CASE NO. _____ |
| | ) Title 18, United States Code, |
| DANA JACKSON, | ) Sections 922(g)(1) and |
| | ) 924(a)(2) |
| Defendant. | ) |
| | JUDGE LIOI |

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about June 22, 2019, in the Northern District of Ohio, Eastern Division, Defendant Dana Jackson, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Wire Fraud, Aggravated Identity Theft, and Mail Fraud, on or about March 2, 2016, in Case Number 1:15-CR-00269, in United States District Court, Northern District of Ohio, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Ruger, Security-9, 9mm caliber pistol, bearing serial number 38205774, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.